# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In Re

STEVE NAGY

Debtor.

Social Security No. __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__

Social Security No. _____

Debtor(s) EIN No. _____

CASE NUMBER: _____

CHAPTER: __7__

## STATEMENT OF ASSISTANCE OF NON-ATTORNEY WITH RESPECT TO THE FILING OF THIS PETITION

THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT THAT FOR ASSISTANCE IN CONNECTION WITH THE FILING OF THE BANKRUPTCY CASE:

1. I paid the sum of $ __200.00__.

2. I still owe the sum of $ __0__.

3. I agreed to turn over or give a security interest in the following property:

   None

4. The name of the person or the name of the firm that assisted me was:

   Name: Magaly Mares

   Address: 1605 E. 4th Street
   Santa Ana, CA 92701

   Telephone: (714) 541-2828

I declare under penalty of perjury that the foregoing is true and correct.

Executed at __Santa Ana,__, California.

Executed on: __7-12-99__
             Date

_[signature]_
             Debtor

_____
Joint Debtor