# MASTER MAILING LIST
## Verification of Local Rule 103

Name: Steve Nagy

Address: 16761 Viewpoint Lane #375, Huntington Beach, CA 92647

Telephone: (714) 375-9443

☐ Attorney for Debtor(s)
■ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 6 years: | CASE NUMBER: _____ |
|---|---|
| STEVE NAGY | CHAPTER: 7 |
| Social Security No. 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    Debtor | 07/15/1999   **FILED**   10:45 |
| Social Security No. _____ Joint Debtor | SA99-17185JR |
| Debtor(s) EIN No. _____ | DEBTOR: NAGY, STEVE |
| | JUDGE: HON. J. RYAN - 400 |
| | TRUSTEE: CAST   CH: 07 (INCOMPLETE) |
| | 341A Mtg: 08/16/1999 11:00 SA4 |
| | ROOM 3-110 411 W. FOURTH ST., SA |

**VERIFICATION OF CREDITO**

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF.   Id: 212
RECEIPT NO:SA-011403   $ 175.00

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __1__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 105(6) and I/we assume all responsibility for errors and omissions.

Date: 7-12-99

_____
Debtor

_____         _____
Attorney (if applicable)              Joint Debtor