```
Steve Nagy
16761 Viewpoint Lane #375
Huntington Beach, CA 92647


Newport Fastener
c/o Rockwell & Meyer, Inc.
315 Centennial Way
Tustin, CA 92780
```