UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re: | Case No. : SA 99-17185 JR |
|---|---|
| STEVE NAGY | Soc. Sec.: |
| | I.D. : _____ |
| | Chapter: 7_X_   11___   13___ |

## AMENDED SCHEDULES

___A, ___B, ___C, ___D, ___E, _XX_F ___G, ___H, ___I, ___J

____ Statement of Affairs   ____ Statement of Intentions   ____ Other

**ARE YOU ADDING NEW CREDITORS?   _X_ YES   ____ NO**

---

PLEASE AMEND SCHEDULE F TO <u>ADD</u> THE FOLLOWING CREDITOR:

Linda Lesher           Small Claims Judgment        $ 3,000.00
8137 Carnation         Disputed
Anaheim, CA 92808


I/We Steve Nagy, the person(s) who subscribed to the foregoing Amended Schedule(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: X 1-9-01

X _[signature]_
Debtor Signature

_____
Joint Debtor

01/10/2001   **FILED**   15:48
**SA99-17185JR**
DEBTOR:
 NAGY, STEVE
JUDGE: HON. J. RYAN - 400
TRUSTEE: CAST
CHAPTER: 07

---
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 212
RECEIPT NO: SA-000349   $ 20.00

42-HAN

## PROOF OF SERVICE

I hereby certify that on _January 9, 2001_, a copy of this Amendment was mailed to the Trustee and all interested party(ies) listed below:

Office of the US Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701

Thomas H. Casey
Chapter 7 Trustee
22342 Avenida Empresa
Suite 255
Rancho Santa Margarita, CA 92688

Linda Lesher
8137 Carnation
Anaheim, CA 92808

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _January 9, 2001_          _Armeda S. Martinez_
                                  Armeda S. Martinez